IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

| | | |
|---|---|---|
| IN RE: | * | |
| ELLIS F. FRYE, JR. | * | Case No. 09-33057-NVA |
| | * | (Chapter 7) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**TRUSTEE'S NOTICE OF SALE TO DEBTOR OF
NONEXEMPT EQUITY IN MOBILE HOME**

TAKE NOTICE that George W. Liebmann, Trustee, by his undersigned attorney, Orbie R. Shively, proposes to sell to Debtor nonexempt equity in a 1988 Holly Park Mobile Home for the sum of Three Thousand Six Hundred Dollars ($3,600). The Trustee's attorney represents the sale to be fair, reasonable and in the best interests of creditors because the mobile home is listed in the Debtor's schedules at a value of $15,000, subject to a claim of exemption of $8,165, and the amount the Debtor will pay the Trustee approximates what a sale to a third party would yield to the estate after payment of costs of sale.

Creditors and other parties in interest with objections to the sale must file any such objections by February 11, 2010 with the United States Bankruptcy Court for the District of Maryland, U.S. Courthouse, Room 8308, 101 W. Lombard Street with a copy to the undersigned and to the U.S. Trustee, Garmatz Federal Courthouse, 101 West Lombard Street, Room 2625, Baltimore, MD 21201. If a timely objection is filed, a hearing will be held on February 18, 2010 at 02:30 pm in Courtroom 2-A, Garmatz Federal Courthouse, 101 W. Lombard Street, Baltimore, MD 21201. The sale may be approved without further notice or order if no objections are filed. The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed. An objection must contain a complete specification of the factual and legal grounds upon which the objection is based. Parties in interest with questions may contact the Trustee's undersigned attorney.

Dated: January 18, 2010        /s/ Orbie R. Shively
                               Orbie R. Shively (Fed. Bar No. 04461)
                               LIEBMANN & SHIVELY, P.A.
                               8 West Hamilton Street
                               Baltimore MD  21201(410) 752-5887
                               oshively@lspa.comcastbiz.net

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 18th   day of January 2010, a copy of the foregoing Trustee's Notice of Sale to Debtor of Nonexempt Equity in Mobile Home was served via the Court's CMECF electronic notification system or was mailed first class, postage prepaid to all creditors and interested parties listed on the matrix in this case including but not limited to:

D. Philip Anderson, Esq.
SIRODY, FREIMAN & FELDMAN,P.C.
1777 Reisterstown Road
Suite 360E
Baltimore, MD 21208

Ellis F. Frye, Jr.
1984 Chipper Drive
Edgewood, MD 21040

U.S. Trustee
Garmatz Federal Courthouse
101 W. Lombard St., Rm. 2625
Baltimore, MD 21201

                                                       /s/ Orbie R. Shively
                                                       Orbie R. Shively